ALISON J. COLVIN ESQ.
Nevada Bar No. 8035
232 Court St.
Reno, Nevada 89501
Telephone: (775) 322-7200

Attorney for Debtor

Electronically filed
9-29-2009

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF NEVADA

\* \* \* \* \* \*

IN RE:

ANDREW KENT BADER

Case. No. 09-51641-gwz
(Chapter 13)
**NOTICE OF NON-OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

Debtor.

Hearing Date:   10/30/2009
Hearing Time:  1:30 pm
Time Required:  1 minute

_____/

Comes now the debtor, by and through their Attorney, Alison J. Colvin, Esq. and files this Notice of Non-Opposition to Motion for Relief from Automatic Stay with regards to the debtor's property located at 7388 S. Florentine Drive, Sparks, Nevada 89436 as he intends to surrender his interest in this property.

RESPECTFULLY SUBMITTED this _____ day of September, 2009.

|s| Alison J. Colvin, Esq.
ALISON J. COLVIN, ESQ.
Attorney for Debtor

1

1

**CERTIFICATE OF SERVICE**

2          I certify that I am an employee of the law firm of Alison Colvin, 232 Court St., Reno,

3    Nevada 89501; and on this date I served the foregoing document(s), more particularly described as

4    **NOTICE OF NON OPPOSITION** by ECF system as follows:

5

6          William Van Meter
           C13ecf@nvbell.net
7          Trustee

8          Gregory L. Wilde, Esq.
           bk@wildelaw.com
9          Attorney for LaSalle Bank National Association

10   Dated this 29 day of September, 2009

11

12

13         RACHEL A. PURGITT
           Legal Assistant to
14         **ALISON J. COLVIN, ESQ.**

15

16

17

18

19

20

21

22

23

24

25

26

27

28